IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INFORLIFE SA and SINTETICA S.A,        )
                                       )
            Plaintiffs,                )
                                       )
      v.                               )   C.A. No. 25-387-SB
                                       )   **ANDA CASE**
SAGENT PHARMACEUTICALS (INC.),         )
                                       )
            Defendant.                 )
                                       )

**STIPULATION AND ORDER**
**TO MODIFY SCHEDULING ORDER**

WHEREAS on March 19, 2026, the Court entered a Scheduling Order in the above-captioned action (D.I. 53, as amended D.I. 94);

WHEREAS the parties require additional time for fact and expert discovery; and,

WHEREAS the parties have agreed, subject to the approval of the Court, to modify certain dates in the Scheduling Order, as set forth below, but are not requesting a modification of the pretrial conference and trial dates set forth in the scheduling order (D.I. 53);

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant, subject to the approval of the Court, that the Scheduling Order shall be amended as set forth below:

| Activity | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Depositions | July 31, 2026 | **August 21, 2026** |
| Opening Expert Reports | September 4, 2026 | **September 18, 2026** |
| Rebuttal Expert Reports | October 2, 2026 | **October 16, 2026** |
| Reply Expert Reports | October 23, 2026 | **November 13, 2026** |

| Expert Discovery Cut Off | November 20, 2026 | **December 11, 2026** |
|---|---|---|
| *Daubert* Opening Deadline | December 4, 2026 | **December 18, 2026** |
| *Daubert* Responses Deadline | December 18, 2026 | **January 8, 2027** |
| *Daubert* Reply Deadline | January 8, 2027 | **January 15, 2027** |
| Submission of Joint Proposed Pretrial Order, and Motions *in Limine* | 21 Days before Pretrial conference (January 29, 2027) | **No Change** |
| Pretrial Conference | February 19, 2027 (9:00 AM) | **No change** |
| Trial | March 8, 2027 | **No change** |

No other deadlines set forth in the Scheduling Order, as amended, are altered by way of this stipulation.

MORRIS, NICHOLS,
ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*
Megan E. Dellinger (#5739)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mdellinger@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs*

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant*

Dated: July 31, 2026

SO ORDERED this 31st day of July, 2026. The Court will not look kindly on further requests for extensions.

_____
UNITED STATES CIRCUIT JUDGE

2